

### Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00171-CV

**IN RE BEXAR APPRAISAL DISTRICT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: June 2, 2010

PETITION FOR WRIT OF MANDAMUS DISMISSED

On May 21, 2010, relator filed an unopposed motion to dismiss, asking this court to dismiss this mandamus proceeding because the parties have agreed to settle the underlying lawsuit. Accordingly, relator's petition for writ of mandamus is DISMISSED AS MOOT. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-09332, styled *Robert D. Kolitz & Sandora Kolitz v. Bexar County Appraisal District*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding. However, the order complained of was signed by the Honorable Michael Peden, presiding judge of the 285th Judicial District Court, Bexar County, Texas.